IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Keviea Janiea Cooper, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:18-cv-1750-TLW |
| v. | ) | |
| | ) | |
| Christian Lindsey, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

On June 26, 2018, Plaintiff Keviea Janiea Cooper brought this action, *pro se*, seeking for the Defendants to return her television or to pay damages of $400. ECF No. 1. This matter now comes before the Court for review of the Report and Recommendation (the Report) filed by United States Magistrate Judge Shiva V. Hodges, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(e), (D.S.C.). ECF No. 10. In the Report, the Magistrate Judge recommends that the Complaint be dismissed for lack of jurisdiction. *Id*. Objections were due on July 19, 2018, however, Plaintiff failed to file objections to the Report.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Report and relevant filings. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report

and Recommendation, ECF No. 10, is **ACCEPTED**, and this action is **DISMISSED** without prejudice and without issuance and service of process for lack of jurisdiction.

    **IT IS SO ORDERED.**

                                                              _s/Terry L. Wooten_
                                                     Chief United States District Judge

October 23, 2018
Columbia, South Carolina